UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC PLESSNER, <br><br>Plaintiff, <br><br>vs. <br><br>REALCHEK LEGAL SERVICES, PLC, <br><br>Defendant. | 1:21-CV-10121-TGB <br><br>ORDER <br><br>HONORABLE TERRENCE G. BERG |

## ORDER OF DISMISSAL

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

DATED this 1st day of June, 2021.

BY THE COURT:


/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge